1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney

2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  DENISE MARIE BARTON (MABN 634052)
   KYLE F. WALDINGER (CABN 298752)
5  Assistant United States Attorneys

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-7200
        Fax: (415) 436-7234
8       denise.barton@usdoj.gov and kyle.waldinger@usdoj.gov

9  Attorneys for United States of America

10
                    UNITED STATES DISTRICT COURT
11
                 NORTHERN DISTRICT OF CALIFORNIA
12
                      SAN FRANCISCO DIVISION
13
   UNITED STATES OF AMERICA,              )  No.  CR 14-00614 WHO
14                                         )
          Plaintiff,                       )  **STIPULATION AND ORDER TO CONTINUE**
15                                         )
      v.                                   )
16                                         )
   PAUL WOODWARD and                       )
17 KAREN KRAMER,                           )
                                           )
18        Defendants.                      )
                                           )
19

20        This matter is set for a status / trial setting hearing on Thursday, November 19, 2015.  The

21 parties jointly request that the hearing be continued to December 10, 2015 for the following reasons.

22        Since the last appearance before the Court, the parties have had conversations and have met to

23 discuss possible resolution, as well as issues that would need to be addressed prior to any trial in this

24 matter.  The parties are continuing these discussions and believe that three additional weeks will allow

25 the parties to determine whether resolutions can be reached, and if not, time to discuss dates for motions

26 and trial.  Also, since the last appearance before this Court, counsel for defendant Kramer has new

27 counsel, AFPD Ellen Leonida, who entered a Notice of Appearance on September 29, 2015.  ECF 61.

28 The parties believe that based on the need for counsel to continue to review the facts of the case and

   STIPULATION AND ORDER
   CR 14-00614 WHO

1    legal issues as part of plea discussions that time should be excluded from Speedy Trial Act calculations

2    for effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv)

3    SO STIPULATED.

4    DATED: November 18, 2015                          BRIAN J. STRETCH
                                                       Acting United States Attorney
5
                                                             /s/
6                                                      _____
                                                       DENISE MARIE BARTON
7                                                      KYLE F. WALDINGER
                                                       Assistant United States Attorneys
8

9    DATED: November 18, 2015                               /s/
                                                       _____
10                                                     THOMAS J. NOLAN, Jr.
                                                       Counsel for the defendant
11                                                     PAUL WOODWARD

12
     DATED: November 18, 2015                               /s/
13                                                     _____
                                                       ELLEN LEONIDA
14                                                     Counsel for the defendant
                                                       KAREN KRAMER
15
                                           ORDER
16
             Based on these facts, the Court grants the parties request and continues this matter for status /
17
     trial setting until December 10, 2015 at 1:30 pm.  The Court further finds that, taking into the account
18
     the public interest in the prompt disposition of criminal cases that granting the continuance until
19
     December 10, 2015 is necessary for effective preparation of counsel and that the ends of justice served
20
     by excluding the period from November 19, 2015, to December 10, 2015, outweigh the best interest of
21
     the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(A), 3161(h)(7)(B)(iv).
22
     Accordingly, and with the consent of the parties, the Court orders that the period from November 19,
23
     2015, to December 10, 2015 be excluded from Speedy Trial Act calculations under 18 U.S.C. §
24
     3161(h)(7)(A) and (B)(iv).
25

26   IT IS SO ORDERED.

27
     DATED: November 19, 2015              _____
28                                         HON. WILLIAM H. ORRICK
                                           United States District Judge

     STIPULATION AND ORDER
     CR 14-00614 WHO